IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARY MANN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-911

Opinion filed November 15, 2016.

Petition for Writ of Certiorari.  Original Jurisdiction.

Dale Marie Merrill of Law Office of Dale Marie Merrill, Crystal River.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.